

1
2
3
4

Sharon Bridgewater
1524 Harvest Lane
Superior Township, MI 48198
Sbridge11@yahoo.com
1-734-645-9198 ~~cell~~
~~1-734-276-2464~~

5
6
7

**UNITED STATES EASTERN DISTRICT COURT FOR MICHIGAN**

NOTICE OF RELATED CASES

8
9

CASE No. State of Michigan Case # 122-1929
(Resisting and Obstructing Officer)
(traffic citation civil infraction –
ticket # SH281965, Failure to yield
and civil infraction – SH284712,
refused corrections training fee)

10
11
12
13

THE PEOPLE OF THE STATE OF
MICHIGAN

              *Plaintiff,*

    v.

Declaration (as)
~~AFFIDIVANT~~(SUP. COVER SHEET
RELATED CASES)

Case:2:13-cv-13129
Judge: Tarnow, Arthur J.
MJ: Hluchaniuk, Michael J.
Filed: 07-22-2013 At 12:47 PM
Rem State of Michigan v. Bridgewate
r (tam)

14
15
16

SHARON BRIDGEWATER(AKA: SHARON
DAVIS; SHARON BRIDGEWATER DAVIS;
SHARON ABUSALEM; SHAR
BRIDGEWATER; SHARON ABUSAKM)

17

AND/OR

18
19
20
21
22
23
24
25

**THE UNITED STATES OF AMERICA** ex
rel Sharon Bridgewater (A.K.A. Sharon
Abusalem, Sharon Davis) individually and/or
on behalf of the  (B & B Building Maintenance
INC., a dissolved Michigan and/or Georgia
Corporation,   Specialty Investment Group
L.L.C. A dissolved Georgia Company,
Specialty Global Investments Inc., a dissolved
Nevada Corporation ), Bridgewater &
Company Inc. a California Corporation, Qui
Tam Relator and/or "Acting Private Attorney
General"

26
27
28

              *Defendant,*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

-1-

GdcA

DECLARATION

~~AFFIDIVANT~~

I the Plaintiffs declare and state:   I have personal knowledge of all facts in this declaration and, if called as a witness, I could and would testify "competently" to them.  The following cases pending, before US Federal and/or State Courts are related, involve the same parties, events and/or transactions and  occurrences and are related and/or the cases arises from the substantially the same transaction or events and/or involve the same parties or action and/or same question of law.  Eric Holder, Officer Montogomery and/or Carter  and the People of the State of Michigan vs. Sharon Bridgewater and as below as follows:

1.   State of Georgia vs. Sharon Bridgewater – Judge Randy Rich(Criminal)
     11/20/2005(Gwinnett County Superior Court/Lawrenceville, GA) case # 06-d-03943-S2

2.   Sharon Bridgewater vs. State of Georgia – Judge Melonie Snell(Habeas)
     04/10/2007(Gwinnett County Superior Court/Lawrenceville, GA)case # 07-A-03192-7

3.   Sharon Bridgewater vs. State of Georgia – Judge Melonie Snell(Habeas)
     09/22/2011(Gwinnett County Superior Court/Lawrenceville, GA)case # 07-A-03192-7

4.   Dekalb County vs. Sharon Bridgewater – No Judge(no criminal proceeding initiated)
     10/30/2007              -                              case #_____
     Dekalb County 10/30/2007 Case #23408410 Driving while license suspended or revoked

5.   Sharon Bridgewater vs. State of Georgia – Judge Evans/Baverman(Habeas)
     09/22/2008(US Federal District Court Northern Georgia)case # 1:08-CV-02971-ODE

6.   Sharon Bridgewater vs. State of Georgia – Judge Evans/Baverman(Habeas)

2

08/04/2009(US Federal District Court Northern Georgia)case # 1:08-CV-02131-ODE

7.  Sharon Bridgewater vs. Dekalb County – Judge Evans/Baverman
    04/12/2010(US Federal District Court Northern Georgia)case # 1:08-CV-02131-ODE

8.  Sharon Bridgewater vs. Rich – Judge Evans/Baverman
    11/04/11(US Federal District Court Northern Georgia)case # 1:08-CV-03828-ODE

9.  Sharon Bridgewater vs. Lawrenceville Police Department– Judge Evans/Baverman
    11/04/11(US Federal District Court Northern Georgia)case # 1:08-CV-04088-ODE

10. Sharon Bridgewater vs. Dekalb County Police Dept.– Carnes, Wilson and Black(Judges)
    06/16/11(US Court of Appeals for the Eleventh Circuit)case # 10-15276

11. Hayes Valley Limited Partnership vs. Sharon Bridgewater – Judge- Peter Busch(Civil)
    04/24/2006(San Francisco Superior Court, CA)          case # CUD-06-617995

**12.State of California  vs. Sharon Bridgewater – (Crininal)**
**3/2008 (San Francisco Superior Court, CA)          case # 236194**
**Resisting/Obstructing/Police Officer**

**\*\*\*\*\*\* (1ˢᵗ CHARGE PROSECUTED THE DEFENDANT ONCE –**
**CASE DISMISSED-"\*\*\*\*\*\*\*\*\*\*\*\***

13. Sharon Bridgewater vs. Hayes Valley Limited Partnership – Judge –Peter Bush(civil)
    08/04/2008(San Francisco Superior Court, CA)          case # CGC-08-478207

14. Sharon Bridgewater vs. Shawn Bankson et al  – Judge –McBride(civil)
    04/04/2009(San Francisco Superior Court, CA)          case # CGC-09-846994

3

15. Sharon Bridgewater(Specialty Invest Group)  vs.Hayes Valley Limited Partnership
    02/20/2012(San Francisco Superior Court, CA)                case #

16. Sharon Bridgewater vs. Hayes Valley Limited Partnership-Judge-Marilyn Patel(civil)
    12/17/2008(Federal District Court of Northern CA)             case # 1:08-CV-5622

17.  Sharon Bridgewater(Specialty Investment Group LLC)vs. Hayes Valley Limited Par.
     12/ 1/2011(Federal District Court of Northern CA) case # 12:11- Cv 5436SBA

18.  Sharon Bridgewater(Specialty Investment Group LLC)vs. Hayes Valley Limited Par.
     08/13/2009     (Federal District Court of Northern CA) case # 4:09- Cv-0351(Hamilton)

19.  Sharon Bridgewater(Specialty Investment Group LLC)vs. Shawn Bankson et al
     08/07/09(Federal District Court of Northern CA) case # 4:09- Cv-3639(sba)

20.  Sharon Bridgewater(Specialty Investment Group LLC)vs. Hayes Valley Limited Part.
     12/01/09(Federal District Court of Northern CA) case # 4:09- Cv-5663(sba)

21.  Sharon Bridgewater(Specialty Investment Group LLC)vs. Hayes Valley Limited Part.
     02/18/2010(Federal District Court of Northern CA) case # 4:10- Cv-0704(sba)

22.  Sharon Bridgewater(Specialty Investment Group LLC)vs. Hayes Valley Limited Part.
     07/09/2010(Federal District Court of Northern CA) case # 4:10- CV-3022(cw)

4

23. Sharon Bridgewater(Specialty Investment Group LLC)vs. Hayes Valley Limited Part.
    04/10/2010(Federal District Court of Northern CA) case # 4:10- CV-0703(SBA)

24. Sharon Bridgewater vs. Roger Tonna and Mary Tonna
    11/03/2010(Federal District Court of Northern CA) case # 3:10- CV-04966

25. Sharon Bridgewater vs. Dekalb County
    10/31/11(Federal District Court of Northern CA) case # 3:10- MC-80265(WHA)

26. Sharon Bridgewater vs. Roger and Mary Tonna
    10/31/11(Federal District Court of Northern CA) case # 3:10- MC-80266(WHA)

27. Sharon Bridgewater vs. Roger and Mary Tonna
    11/08/11/11(Federal District Court of Northern CA) case # 3:11- cv-05407(MMC)

28. Sharon Bridgewater vs. Dekalb County
    11/04/11(Federal District Court of Northern CA) case # 3:11-cv-05352(EMC)

29. Sharon Bridgewater vs. Social Security
    06/10/2011(Federal District Court of Northern CA) case # 3:11-CV-02828

30. Bridgewater vs. Obama                  case # 2:12-CV-13942
    09/06/12(US Federal District Court for Eastern Michigan-Judge Roberts)

**31. State of Michigan vs. Sharon Bridgewater  case # 122-1929**
    **10/05/2012 (Washtenaw County 14A2 Judicial Disrict Court)**
    **(resisting, obstructing officer)**

**2ND  PROSECUTION – **(see case # 25)

32.  State of Michigan vs. Sharon Bridgewater               case # 12W281965
     10/05/2012 (Washtenaw County 14A2 Judicial Disrict Court)
           (failure to yield to an emergency vehical-traffic citiation)


33.  Bridgewater(The USA ex rel)  vs. Obama and/or Holder  case # 2:12-CV-13942
     09/06/12(US Federal District Court for Eastern Michigan-Roberts)


34.  Bridgewater(The USA ex rel)  vs. Obama and/or Holder  case # 2:12-CV-14469
     10/09/12(US Federal District Court for Eastern Michigan-Omera)


35.  Bridgewater(The USA ex rel)  vs. Obama and/or Holder  case # 2:12-CV-14709
     10/24/12(US Federal District Court for Eastern Michigan-Friedman)


36.  Bridgewater(The USA ex rel)  vs. Obama and/or Holder    case # 2:12-CV-14916
     11/02/12(US Federal District Court for Eastern Michigan-Borman)


37.  Bridgewater(The USA ex rel) vs. Obama and/or Holder     case # 2:12-CV-15423
     12/10/12(US Federal District Court for Eastern Michigan-Borman)


38.  Bridgewater(The USA ex rel) vs. Obama and/or Holder     case # 2:13-CV-12091
     05/10/13(US Federal District Court for Eastern Michigan-Hood)

39.  Bridgewater vs. Holder                       case #2:13-cv-13062
     07/17/2013(US Federal District Court for Eastern Michigan-Cohn

I have read the foregoing and know the contents thereof. The same is true of my own

knowledge. I except as to those matters which are therein alleged on information and belief, and

as to those matters, I believe it to be true.

        SHARON BRIDGEWATER(AKA: SHARON DAVIS; SHARON BRIDGEWATER

DAVIS; SHARON ABUSALEM; SHAR BRIDGEWATER; SHARON ABUSAKM)AND/OR

**THE UNITED STATES OF AMERICA** ex rel Sharon Bridgewater (A.K.A. Sharon

Abusalem, Sharon Davis) individually and/or on behalf of the  (B & B Building Maintenance

INC., a dissolved Michigan and/or Georgia Corporation,   Specialty Investment Group  L.L.C.

A dissolved Georgia Company,  Specialty Global Investments Inc., a dissolved

Nevada Corporation ), Bridgewater & Company Inc. a California Corporation, Qui Tam Relator

and/or "Acting Private Attorney General" under penalty of perjury under the laws of the United

States of America and/or the "50" States of the United States of America and/or Michigan that

the foregoing is true and correct.

      Before me, the undersigned authority, personally came and appeared the affiant

named below, who, being first duly sworn upon oath, deposed and said that she has read the

above and foregoing document and knows the contents thereof, and that all statements of fact

contained therein are true and correct and/or

      I declare under penalty of perjury that all of the foregoing is true and correct
under the laws of the State of Alaska, Alabama, Arkansas, California, Colorado, Connecticut,
Delaware, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucy, Louisiana,
Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Montana, Nebraska,
Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota,
Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina South Dakota,
Tennessee, Texas, Utah Vermont, West Virginia, Wisconsin & Wyoming and/or the USA.

This is the 20 day of July 2013

_____

AFFIANT

SHARON BRIDGEWATER (AKA: SHARON DAVIS; SHARON BRIDGEWATER DAVIS;
SHARON ABUSALEM; SHAR BRIDGEWATER; SHARON ABUSAKM) AND/OR
**THE UNITED STATES OF AMERICA** ex rel Sharon Bridgewater (A.K.A. Sharon
Abusalem, Sharon Davis) individually and/or on behalf of the  (B & B Building Maintenance
INC., a dissolved Michigan and/or Georgia Corporation,   Specialty Investment Group  L.L.C.
A dissolved Georgia Company,  Specialty Global Investments Inc., a dissolved

Nevada Corporation ), Bridgewater & Company Inc. a California Corporation, Qui Tam Relator and/or "Acting Private Attorney General"



Subscribed and sworn to before me, this July 20, 2013

_____

Notary Public



JS 44   (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
THE PEOPLE OF THE STATE OF MICHIGAN

**DEFENDANTS**
SHARON BRIDGEWATER

**(b)** County of Residence of First Listed Plaintiff   Washtenaw
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Washtenaw
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Brian L. Mackie - 200 N. Main Street Suite 300, Ann Arbor, MI 48104
734-222-6620

Attorneys *(If Known)*
Sharon Bridgewater 1524 Harvest Lane - Superior Township, MI 48197
734-695-9198

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

### TORTS
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### FORFEITURE/PENALTY
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 375 False Claims Act
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### CIVIL RIGHTS
- ☒ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty
**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

### IMMIGRATION
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 USC section(s) 241/242 and/or 42 USC section(s) 1983/1985/1986 and/or 1332(diversity)
Brief description of cause:
The Defendant (s) are "Whistleblowers" - the Plaintiffs retaliated, assaulted the Defendants and violate her rights

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 7,500,000,000,000,000,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE SEE ATTACHED RELATED CASES
DOCKET NUMBER EXH. A

DATE
07/22/2013

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

JS 44   (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
THE PEOPLE OF THE STATE OF MICHIGAN

**(b)** County of Residence of First Listed Plaintiff    Washtenaw
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Brian L. Mackie - 200 N. Main Street Suite 300, Ann Arbor, MI 48104
734-222-6620

## DEFENDANTS
SHARON BRIDGEWATER

County of Residence of First Listed Defendant    Washtenaw
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Sharon Bridgewater 1524 Harvest Lane - Superior Township, MI
734-695-9198  48197

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ❑ 1  U.S. Government
  Plaintiff
- ☒ 3  Federal Question
  *(U.S. Government Not a Party)*
- ❑ 2  U.S. Government
  Defendant
- ❑ 4  Diversity
  *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*   *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ⊗1 | ❑ 1 | Incorporated *or* Principal Place of Business In This State | ❑ 4 | ❑ 4 |
| Citizen of Another State | ☒ 2 | ❑ 2 | Incorporated *and* Principal Place of Business In Another State | ❑ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ❑ 3 | ❑ 3 | Foreign Nation | ❑ 6 | ❑ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ❑ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ❑ 625 Drug Related Seizure of Property 21 USC 881 | ❑ 422 Appeal 28 USC 158 | ❑ 375 False Claims Act |
| ❑ 120 Marine | ❑ 310 Airplane / ❑ 365 Personal Injury - | ❑ 690 Other | ❑ 423 Withdrawal 28 USC 157 | ❑ 400 State Reapportionment |
| ❑ 130 Miller Act | ❑ 315 Airplane Product      Product Liability | | | ❑ 410 Antitrust |
| ❑ 140 Negotiable Instrument | Liability / ❑ 367 Health Care/ | | | ❑ 430 Banks and Banking |
| ❑ 150 Recovery of Overpayment | ❑ 320 Assault, Libel &      Pharmaceutical | | **PROPERTY RIGHTS** | ❑ 450 Commerce |
| & Enforcement of Judgment | Slander      Personal Injury | | ❑ 820 Copyrights | ❑ 460 Deportation |
| ❑ 151 Medicare Act | ❑ 330 Federal Employers'      Product Liability | | ❑ 830 Patent | ❑ 470 Racketeer Influenced and |
| ❑ 152 Recovery of Defaulted | Liability / ❑ 368 Asbestos Personal | | ❑ 840 Trademark | Corrupt Organizations |
| Student Loans | ❑ 340 Marine      Injury Product | | | ❑ 480 Consumer Credit |
| (Excludes Veterans) | ❑ 345 Marine Product      Liability | | **SOCIAL SECURITY** | ❑ 490 Cable/Sat TV |
| ❑ 153 Recovery of Overpayment | Liability / **PERSONAL PROPERTY** | ❑ 710 Fair Labor Standards | ❑ 861 HIA (1395ff) | ❑ 850 Securities/Commodities/ |
| of Veteran's Benefits | ❑ 350 Motor Vehicle / ❑ 370 Other Fraud | Act | ❑ 862 Black Lung (923) | Exchange |
| ❑ 160 Stockholders' Suits | ❑ 355 Motor Vehicle / ❑ 371 Truth in Lending | ❑ 720 Labor/Management | ❑ 863 DIWC/DIWW (405(g)) | ❑ 890 Other Statutory Actions |
| ❑ 190 Other Contract | Product Liability / ❑ 380 Other Personal | Relations | ❑ 864 SSID Title XVI | ❑ 891 Agricultural Acts |
| ❑ 195 Contract Product Liability | ❑ 360 Other Personal      Property Damage | ❑ 740 Railway Labor Act | ❑ 865 RSI (405(g)) | ❑ 893 Environmental Matters |
| ❑ 196 Franchise | Injury / ❑ 385 Property Damage | ❑ 751 Family and Medical | | ❑ 895 Freedom of Information |
| | ❑ 362 Personal Injury -      Product Liability | Leave Act | | Act |
| | Medical Malpractice | ❑ 790 Other Labor Litigation | | ❑ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ❑ 791 Employee Retirement | **FEDERAL TAX SUITS** | ❑ 899 Administrative Procedure |
| ❑ 210 Land Condemnation | ☒ 440 Other Civil Rights / **Habeas Corpus:** | Income Security Act | ❑ 870 Taxes (U.S. Plaintiff | Act/Review or Appeal of |
| ❑ 220 Foreclosure | ❑ 441 Voting / ❑ 463 Alien Detainee | | or Defendant) | Agency Decision |
| ❑ 230 Rent Lease & Ejectment | ❑ 442 Employment / ❑ 510 Motions to Vacate | | ❑ 871 IRS—Third Party | ❑ 950 Constitutionality of |
| ❑ 240 Torts to Land | ❑ 443 Housing/      Sentence | | 26 USC 7609 | State Statutes |
| ❑ 245 Tort Product Liability | Accommodations / ❑ 530 General | | | |
| ❑ 290 All Other Real Property | ❑ 445 Amer. w/Disabilities - / ❑ 535 Death Penalty | **IMMIGRATION** | | |
| | Employment / **Other:** | ❑ 462 Naturalization Application | | |
| | ❑ 446 Amer. w/Disabilities - / ❑ 540 Mandamus & Other | ❑ 465 Other Immigration | | |
| | Other / ❑ 550 Civil Rights | Actions | | |
| | ❑ 448 Education / ❑ 555 Prison Condition | | | |
| | / ❑ 560 Civil Detainee -      Conditions of      Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ❑ 1  Original Proceeding
- ☒ 2  Removed from State Court
- ❑ 3  Remanded from Appellate Court
- ❑ 4  Reinstated or Reopened
- ❑ 5  Transferred from Another District *(specify)*
- ❑ 6  Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 USC section(s) 241/242 and/or 42 USC section(s) 1983/1985/1986 and/or 1332(diversity)
Brief description of cause:
The Defendant (s) are "Whistleblowers" - the Plaintiffs retaliated, assaulted the Defendants and violate her rights

## VII. REQUESTED IN COMPLAINT:
❑ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

DEMAND $
7,500,000,000,000,000,00

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ❑ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE   SEE ATTACHED RELATED CASES   DOCKET NUMBER   EXH. A

DATE
07/22/2013

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #            AMOUNT            APPLYING IFP            JUDGE            MAG. JUDGE

1   Sharon Bridgewater
2   1524 Harvest Lane
    Superior Township, MI 48198
3   Sbridge11@yahoo.com
4   1-734-695-9198 (cell)
    1-734-276-2464

5

6           **UNITED STATES EASTERN DISTRICT COURT FOR**
                              **MICHIGAN**
7                              NOTICE OF RELATED CASES

8                    CASE No. State of Michigan Case # 122-1929
9                             (Resisting and Obstructing  Officer)
                              (traffic citation civil infraction –
10  THE PEOPLE OF THE STATE OF      )   ticket # SH281965, Failure to yield
    MICHIGAN                        )     and civil infraction – SH284712,
11                                  )     refused corrections training fee)
                                    )
12                        *Plaintiff,*   )   Declaration (2x)
                                    )   ~~AFFIDIVANT~~ (SUP. COVER SHEET
13  v.                              )   RELATED CASES)
                                    )
14  SHARON BRIDGEWATER(AKA: SHARON )
     DAVIS; SHARON BRIDGEWATER DAVIS;)
15   SHARON ABUSALEM; SHAR          )
     BRIDGEWATER; SHARON ABUSAKM)   )
16                                  )
                                    )
17  AND/OR                          )
                                    )
18  **THE UNITED STATES OF AMERICA** ex )
19  rel Sharon Bridgewater (A.K.A. Sharon )
    Abusalem, Sharon Davis) individually and/or )
20  on behalf of the  (B & B Building Maintenance )
    INC., a dissolved Michigan and/or Georgia
21  Corporation,   Specialty Investment Group
    L.L.C. A dissolved Georgia Company,
22  Specialty Global Investments Inc., a dissolved
    Nevada Corporation ), Bridgewater &
23  Company Inc. a California Corporation, Qui
    Tam Relator and/or "Acting Private Attorney
24  General"

25

26

27                    Defendant,
28  ─────────────────────────────────

-1-

GchA

DECLARATION

~~AFFIDIVANT~~

I the Plaintiffs declare and state:    I have personal knowledge of all facts in this declaration and, if called as a witness, I could and would testify "competently" to them.  The following cases pending, before US Federal and/or State Courts are related, involve the same parties, events and/or transactions and  occurrences and are related and/or the cases arises from the substantially the same transaction or events and/or involve the same parties or action and/or same question of law.  Eric Holder, Officer Montogomery and/or Carter  and the People of the State of Michigan vs. Sharon Bridgewater and as below as follows:

1.   State of Georgia vs. Sharon Bridgewater – Judge Randy Rich(Criminal)
     11/20/2005(Gwinnett County Superior Court/Lawrenceville, GA) case # 06-d-03943-S2

2.   Sharon Bridgewater vs. State of Georgia – Judge Melonie Snell(Habeas)
     04/10/2007(Gwinnett County Superior Court/Lawrenceville, GA)case # 07-A-03192-7

3.   Sharon Bridgewater vs. State of Georgia – Judge Melonie Snell(Habeas)
     09/22/2011(Gwinnett County Superior Court/Lawrenceville, GA)case # 07-A-03192-7

4.   Dekalb County vs. Sharon Bridgewater – No Judge(no criminal proceeding initiated)
     10/30/2007              -                                case #_____
     Dekalb County 10/30/2007 Case #23408410 Driving while license suspended or revoked

5.   Sharon Bridgewater vs. State of Georgia – Judge Evans/Baverman(Habeas)
     09/22/2008(US Federal District Court Northern Georgia)case # 1:08-CV-02971-ODE

6.   Sharon Bridgewater vs. State of Georgia – Judge Evans/Baverman(Habeas)



08/04/2009(US Federal District Court Northern Georgia)case # 1:08-CV-02131-ODE

7. Sharon Bridgewater vs. Dekalb County – Judge Evans/Baverman
   04/12/2010(US Federal District Court Northern Georgia)case # 1:08-CV-02131-ODE

8. Sharon Bridgewater vs. Rich – Judge Evans/Baverman
   11/04/11(US Federal District Court Northern Georgia)case # 1:08-CV-03828-ODE

9. Sharon Bridgewater vs. Lawrenceville Police Department– Judge Evans/Baverman
   11/04/11(US Federal District Court Northern Georgia)case # 1:08-CV-04088-ODE

10. Sharon Bridgewater vs. Dekalb County Police Dept.– Carnes, Wilson and Black(Judges)
    06/16/11(US Court of Appeals for the Eleventh Circuit)case # 10-15276

11. Hayes Valley Limited Partnership vs. Sharon Bridgewater – Judge- Peter Busch(Civil)
    04/24/2006(San Francisco Superior Court, CA)          case # CUD-06-617995

**12.State of California  vs. Sharon Bridgewater – (Crininal)**
**3/2008 (San Francisco Superior Court, CA)          case # 236194**
**Resisting/Obstructing/Police Officer**

**\*\*\*\*\*\* (1st CHARGE PROSECUTED THE DEFENDANT ONCE –**
**CASE DISMISSED-"\*\*\*\*\*\*\*\*\*\*\*\***

13. Sharon Bridgewater vs. Hayes Valley Limited Partnership – Judge –Peter Bush(civil)
    08/04/2008(San Francisco Superior Court, CA)          case # CGC-08-478207

14. Sharon Bridgewater vs. Shawn Bankson et al  – Judge –McBride(civil)
    04/04/2009(San Francisco Superior Court, CA)          case # CGC-09-846994

3

15. Sharon Bridgewater(Specialty Invest Group)  vs.Hayes Valley Limited Partnership
    02/20/2012(San Francisco Superior Court, CA)                case #

16. Sharon Bridgewater vs. Hayes Valley Limited Partnership-Judge-Marilyn Patel(civil)
    12/17/2008(Federal District Court of Northern CA)          case # 1:08-CV-5622

17. Sharon Bridgewater(Specialty Investment Group LLC)vs. Hayes Valley Limited Par.
    12/ 1/2011(Federal District Court of Northern CA) case # 12:11- Cv 5436SBA

18. Sharon Bridgewater(Specialty Investment Group LLC)vs. Hayes Valley Limited Par.
    08/13/2009     (Federal District Court of Northern CA) case # 4:09- Cv-0351(Hamilton)

19. Sharon Bridgewater(Specialty Investment Group LLC)vs. Shawn Bankson et al
    08/07/09(Federal District Court of Northern CA) case # 4:09- Cv-3639(sba)

20. Sharon Bridgewater(Specialty Investment Group LLC)vs. Hayes Valley Limited Part.
    12/01/09(Federal District Court of Northern CA) case # 4:09- Cv-5663(sba)

21. Sharon Bridgewater(Specialty Investment Group LLC)vs. Hayes Valley Limited Part.
    02/18/2010(Federal District Court of Northern CA) case # 4:10- Cv-0704(sba)

22. Sharon Bridgewater(Specialty Investment Group LLC)vs. Hayes Valley Limited Part.
    07/09/2010(Federal District Court of Northern CA) case # 4:10- CV-3022(cw)



23. Sharon Bridgewater(Specialty Investment Group LLC)vs. Hayes Valley Limited Part.
    04/10/2010(Federal District Court of Northern CA) case # 4:10- CV-0703(SBA)

24. Sharon Bridgewater vs. Roger Tonna and Mary Tonna
    11/03/2010(Federal District Court of Northern CA) case # 3:10- CV-04966

25. Sharon Bridgewater vs. Dekalb County
    10/31/11(Federal District Court of Northern CA) case # 3:10- MC-80265(WHA)

26. Sharon Bridgewater vs. Roger and Mary Tonna
    10/31/11(Federal District Court of Northern CA) case # 3:10- MC-80266(WHA)

27. Sharon Bridgewater vs. Roger and Mary Tonna
    11/08/11/11(Federal District Court of Northern CA) case # 3:11- cv-05407(MMC)

28. Sharon Bridgewater vs. Dekalb County
    11/04/11(Federal District Court of Northern CA) case # 3:11-cv-05352(EMC)

29. Sharon Bridgewater vs. Social Security
    06/10/2011(Federal District Court of Northern CA) case # 3:11-CV-02828

30. Bridgewater vs. Obama                              case # 2:12-CV-13942
    09/06/12(US Federal District Court for Eastern Michigan-Judge Roberts)

**31. State of Michigan vs. Sharon Bridgewater  case # 122-1929**
    **10/05/2012 (Washtenaw County 14A2 Judicial Disrict Court)**
    **(resisting, obstructing officer)**
# 2ND PROSECUTION — **(see case # 25)



32. State of Michigan vs. Sharon Bridgewater                case # 12W281965
    10/05/2012 (Washtenaw County 14A2 Judicial Disrict Court)
        (failure to yield to an emergency vehical-traffic citiation)

33. Bridgewater(The USA ex rel)  vs. Obama and/or Holder  case # 2:12-CV-13942
    09/06/12(US Federal District Court for Eastern Michigan-Roberts)

34. Bridgewater(The USA ex rel)  vs. Obama and/or Holder  case # 2:12-CV-14469
    10/09/12(US Federal District Court for Eastern Michigan-Omera)

35. Bridgewater(The USA ex rel)  vs. Obama and/or Holder  case # 2:12-CV-14709
    10/24/12(US Federal District Court for Eastern Michigan-Friedman)

36. Bridgewater(The USA ex rel)  vs. Obama and/or Holder    case # 2:12-CV-14916
    11/02/12(US Federal District Court for Eastern Michigan-Borman)

37. Bridgewater(The USA ex rel) vs. Obama and/or Holder     case # 2:12-CV-15423
    12/10/12(US Federal District Court for Eastern Michigan-Borman)

38. Bridgewater(The USA ex rel) vs. Obama and/or Holder     case # 2:13-CV-12091
    05/10/13(US Federal District Court for Eastern Michigan-Hood)

39. Bridgewater vs. Holder                       case #2:13-cv-13062
    07/17/2013(US Federal District Court for Eastern Michigan-Cohn

I have read the foregoing and know the contents thereof. The same is true of my own

knowledge. I except as to those matters which are therein alleged on information and belief, and

as to those matters, I believe it to be true.

    SHARON BRIDGEWATER(AKA: SHARON DAVIS; SHARON BRIDGEWATER

DAVIS; SHARON ABUSALEM; SHAR BRIDGEWATER; SHARON ABUSAKM)AND/OR

**THE UNITED STATES OF AMERICA** ex rel Sharon Bridgewater (A.K.A. Sharon

Abusalem, Sharon Davis) individually and/or on behalf of the  (B & B Building Maintenance



INC., a dissolved Michigan and/or Georgia Corporation,   Specialty Investment Group  L.L.C.

A dissolved Georgia Company,  Specialty Global Investments Inc., a dissolved

Nevada Corporation ), Bridgewater & Company Inc. a California Corporation, Qui Tam Relator

and/or "Acting Private Attorney General" under penalty of perjury under the laws of the United

States of America and/or the "50" States of the United States of America and/or Michigan that

the foregoing is true and correct.

Before me, the undersigned authority, personally came and appeared the affiant

named below, who, being first duly sworn upon oath, deposed and said that she has read the

above and foregoing document and knows the contents thereof, and that all statements of fact

contained therein are true and correct and/or

I declare under penalty of perjury that all of the foregoing is true and correct
under the laws of the State of Alaska, Alabama, Arkansas, California, Colorado, Connecticut,
Delaware, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucy, Louisiana,
Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Montana, Nebraska,
Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota,
Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina South Dakota,
Tennessee, Texas, Utah Vermont, West Virginia, Wisconsin & Wyoming and/or the USA.

This is the 20 day of July 2013

_____

AFFIANT

SHARON BRIDGEWATER (AKA: SHARON DAVIS; SHARON BRIDGEWATER DAVIS;
SHARON ABUSALEM; SHAR BRIDGEWATER; SHARON ABUSAKM) AND/OR
**THE UNITED STATES OF AMERICA** ex rel Sharon Bridgewater (A.K.A. Sharon
Abusalem, Sharon Davis) individually and/or on behalf of the  (B & B Building Maintenance
INC., a dissolved Michigan and/or Georgia Corporation,   Specialty Investment Group  L.L.C.
A dissolved Georgia Company,  Specialty Global Investments Inc., a dissolved

Nevada Corporation ), Bridgewater & Company Inc. a California Corporation, Qui Tam Relator and/or "Acting Private Attorney General"

Subscribed and sworn to before me, this July 20, 2013

_____

Notary Public

## SUPPLEMENTAL CIVIL COVER SHEET FOR
### NOTICES OF REMOVAL

The removing party shall complete the SUPPLEMENTAL CIVIL COVER SHEET FOR NOTICES OF
REMOVAL and follow ~~E.D.MICH.~~LCivR 81.1. and 28 U.S.C. § 1446(a).

| **Section A - Plaintiffs** | **Section B - Defendants** |
| --- | --- |
| Plaintiffs remaining in action at the time of filing the notice of removal. | Defendants remaining in action at the time of filing the notice of removal. |

| | |
| --- | --- |
| 1. THE PEOPLE AND THE STATE OF MICHIGAN(USA) | 1. SHARON BRIDGEWATER |
| 2. | THE UNITED STATES EX REL SHARON BRIDGEWATER |
| 3. | (SPECIALTY INVESTMENT GROUP LLC A DIS. ) |
| 4. | (B & B BUILDING MAINTENANCE INC A DIS.) |
| 5. | (SPECIALTY GLOBAL INVESTMENTS A DIS.) |
| 6. | BRIDGEWATER & COMPANY INC. |

### Section C - Pending State Court Motions As of Date of Removal

| Title of State Court Motion | Date Motion Filed |
| --- | --- |
| 1. ~~MOTION TO DISMISS; IN THE ALTERNATIVE TRANSFER~~ | ~~JULY 22, 2013~~ |
| 2. ~~TO DISTRICT COURT OF COLUMBIA~~ | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |

### Section D - Scheduled State Court Hearings As of Date of Removal

| Title of State Court Scheduled Hearing | Date of Hearing | Time of Hearing | Assigned State Judge |
| --- | --- | --- | --- |
| 1. PRE-TRIAL CONF. | AUG. 29, 2013 | 10:30 AM | TABBEY |
| 2. ~~MOTION TO DISMISS~~ | ~~AUG. 29, 2013~~ | ~~10:30 AM~~ | ~~TABBEY~~ |
| 3. | | | |
| 4. | | | |
| 5. | | | |

Signature

SHARON BRIDGEWATER
Printed Name
Telephone Number 734-695-9198

Date 7-22-2013

State Court Case Number 122-1929

(Rev 11/08/2010)

1

2   Sharon Bridgewater
    1524 Harvest Lane
3   Superior Township, MI 48197
    Sbridge11@yahoo.com
4   1-734-695-9198

5

6   # STATE OF MICHIGAN IN THE DISTRICT COURT FOR

7   ## THE 14A JUDICIAL DISTRICT

8

9

10

11                                              CASE # 122-1929  SM
                                                   X-REF 12-50967
12  State of Michigan
                                            )
13                                          )
                                            )
14            Plaintiffs                    )
                                            )
15                                          ) TO THE CLERK OF THE COURT:
                                            )
16            Vs.                           ) **NOTICE OF REMOVAL**
                                            )
17                                          )
                                            )
18                                          )
                                            )
19                                          )
                                            )
20   Sharon Bridgewater and/or             )
21  THE UNITED STATES OF AMERICA           )
    ex rel Sharon Bridgewater (A.K.A. Sharon )
22  Abusalem, Sharon Davis) individually and/or )
    on behalf of the  (B & B Building Maintenance )
23  INC., a dissolved Michigan and/or Georgia )
    Corporation,  Specialty Investment Group  )
24  L.L.C.  A dissolved Georgia Company,    )
    Specialty Global Investments Inc., a dissolved )
25  Nevada Corporation ), Bridgewater &
26

27

28

Company Inc. a California Corporation, Qui
Tam Relator and/or "Private Attorney
General"

      Defendants,

**TO:  THE CLERK OF THE COURT**
   **NOTICE OF REMOVAL**
    **TO THE UNITED STATES DISTRICT COURT**
   **FOR THE EASTERN MICHIGAN**

PLEASE TAKE NOTICE that,  on the 22[th] day of July 2013 the Defendant Sharon

Bridgewater and/or THE UNITED STATES OF AMERICA ex rel Sharon Bridgewater (A.K.A.

Sharon Abusalem, Sharon Davis and/or individually and/or on behalf of the (B & B Building

Maintenance INC., a dissolved Michigan and/or Georgia Corporation, Specialty Investment

Group  L.L.C.  A  dissolved Georgia Company,  Specialty Global Investments Inc., a dissolved

Nevada Corporation ), Bridgewater & Company Inc. a California Corporation, Qui Tam Relator

and/or "Private Attorney General"  filed with the clerk of a true and correct copy of this notice of

removal filed in the United States Court for the Eastern District US Federal District Court.  A

Copy of the notice of removal is attached as exh. "A"



Respectfully Submitted,

Sharon Bridgewater and/or **THE UNITED STATES OF AMERICA** ex rel Sharon
Bridgewater (A.K.A. Sharon Abusalem, Sharon Davis) individually and/or on behalf of the
(B & B Building Maintenance INC., a dissolved Michigan and/or Georgia Corporation,
Specialty Investment Group  L.L.C.  A dissolved Georgia Company,  Specialty Global
Investments Inc., a dissolved Nevada Corporation ), Bridgewater & Company Inc. a California
Corporation, and/or James S. Bridgewater Qui Tam Relator and/or "Acting Private Attorney
General"
Counsel for Defendant
1524 Harvest Lane
Superior Township, MI  48198
(734)695-9198
e-mail- sbridge11@yahoo.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2013, I filed the foregoing Notice of Removal with the Clerk of the Court and served the same on Plaintiffs by US Mail delivery addressed to as follows:

Eric Holder Jr. (Department of Justice-Office of the Attorney General)
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001 Plaintiffs

**James Brien Comey, (A PERSON WHO IS FIT TO BE THE UNITED STATES ATTORNEY GENERAL AND FUTURE US ATTORNEY GENERAL OF THE UNITED STATES – UPON INFORMATION AND BELIEF WILL TAKE HOLDERS JOB- YES! GO COMEY!**
**FBI DIRECTOR**
**950 Pennsylvania Avenue, NW**
**Washington, DC 20530-0001**

Brian L. Mackie
200 N. Main Street
Suite 300
Ann Arbor, MI 48104 Plaintiffs

Stepfani A. Carter
4007 Carpenter Rd # 124
Ypsilanti, MI 48197
Attorney for case number Plaintiffs

Clerk of the Court for State of Michigan in
The District Court for the 14A

- 9 -

⑦

Judicial District
415 W, Michigan Ave.
Ypsilanti, MI 48198


<u>KERRY W. KIRCHER, General Counsel D.C. Bar No. 386816</u> *and/or* WILLIAM PITTARD,
Deputy General Counsel D.C. Bar No. 482949 and/or CHRISTINE DAVENPORT, Sr. Assistant
Counsel *and/or* TODD B. TATELMAN, Assistant Counsel *and/or* MARY BETH WALKER,
Assistant Counsel D.C. Bar No. 501033 and/or OFFICE OF GENERAL COUNSEL AT: U.S.
HOUSE OF REPRESENTATIVES 219 Cannon House Office Building Washington, D.C. 20515
(202) 225-9700 (telephone)(202) 226-1360 (facsimile)*Counsel for Plaintiff Committee on
Oversight and Government Reform, U.S. House of Representatives*.



Senator Carl Levin – Michigan
Patrick V. McNamara Federal Building
477 Michigan Avenue, Suite 1860
Detroit, MI 48226-2576



BY: _____
  Sharon Bridgewater and/or **THE UNITED STATES OF AMERICA** ex rel Sharon
Bridgewater (A.K.A. Sharon Abusalem, Sharon Davis) individually and/or on behalf of the
(B & B Building Maintenance INC., a dissolved Michigan and/or Georgia Corporation,
Specialty Investment Group  L.L.C.  A dissolved Georgia Company,  Specialty Global
Investments Inc., a dissolved Nevada Corporation ), Bridgewater & Company Inc. a California
Corporation, and/or James S. Bridgewater Qui Tam Relator and/or "Acting Private Attorney
General"
Counsel for Defendant
1524 Harvest Lane
Superior Township, MI  48198
(734)695-9198
e-mail- sbridge11@yahoo.com

Sharon Bridgewater
1524 Harvest Lane
Superior Township, MI 48197
Sbridge11@yahoo.com
1-734-695-9198

# STATE OF MICHIGAN IN THE DISTRICT COURT FOR
# THE 14A JUDICIAL DISTRICT

State of Michigan

               Plaintiffs

               Vs.

Sharon Bridgewater and/or
THE UNITED STATES OF AMERICA
ex rel Sharon Bridgewater (A.K.A. Sharon
Abusalem, Sharon Davis) individually and/or
on behalf of the  (B & B Building Maintenance
INC., a dissolved Michigan and/or Georgia
Corporation,  Specialty Investment Group
L.L.C.  A dissolved Georgia Company,
Specialty Global Investments Inc., a dissolved
Nevada Corporation ), Bridgewater &

CASE # 122-1929  SM
X-REF 12-50967

-11-

Company Inc. a California Corporation, Qui
Tam Relator and/or "Private Attorney
General"

       Defendants,


**DEFENDANTS NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN MICHIGAN**


PLEASE TAKE NOTICE that,  on the 22[th] day of July 2013 the Defendant Sharon

Bridgewater and/or THE UNITED STATES OF AMERICA ex rel Sharon Bridgewater (A.K.A.

Sharon Abusalem, Sharon Davis and/or individually and/or on behalf of the (B & B Building

Maintenance INC., a dissolved Michigan and/or Georgia Corporation, Specialty Investment

Group  L.L.C.  A  dissolved Georgia Company,  Specialty Global Investments Inc., a dissolved

Nevada Corporation ), Bridgewater & Company Inc. a California Corporation, Qui Tam Relator

and/or "Private Attorney General"  filed with the clerk of a true and correct copy of this notice of

removal filed in the United States Court for the Eastern District US Federal District Court.  A

Copy of the notice of removal is attached as exh. "A"



Respectfully Submitted,

_____

Sharon Bridgewater and/or **THE UNITED STATES OF AMERICA** ex rel Sharon
Bridgewater (A.K.A. Sharon Abusalem, Sharon Davis) individually and/or on behalf of the
(B & B Building Maintenance INC., a dissolved Michigan and/or Georgia Corporation,
Specialty Investment Group  L.L.C.  A dissolved Georgia Company,  Specialty Global
Investments Inc., a dissolved Nevada Corporation ), Bridgewater & Company Inc. a California
Corporation, and/or James S. Bridgewater Qui Tam Relator and/or "Acting Private Attorney
General"
Counsel for Defendant
1524 Harvest Lane
Superior Township, MI  48198
(734)695-9198
e-mail- sbridge11@yahoo.com

- 17 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 22, 2013, I filed the foregoing Notice of Removal with the

Clerk of the Court and served the same on Plaintiffs by US Mail delivery addressed to as follows:

Eric Holder Jr. (Department of Justice-Office of the Attorney General)
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001 - Plaintiffs

**James Brien Comey, (A PERSON WHO IS FIT TO BE THE UNITED STATES
ATTORNEY GENERAL AND FUTURE US ATTORNEY GENERAL OF THE UNITED
STATES – UPON INFORMATION AND BELIEF WILL TAKE HOLDERS JOB- YES!
GO COMEY!
FBI DIRECTOR
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001**

Brian L. Mackie
200 N. Main Street
Suite 300
Ann Arbor, MI 48104 Plaintiffs

Stepfani A. Carter
4007 Carpenter Rd # 124
Ypsilanti, MI 48197
Attorney for case number Plaintiffs

Clerk of the Court for State of Michigan in
The District Court for the 14A

- 1A -

Judicial District
415 W, Michigan Ave.
Ypsilanti, MI 48198


 KERRY W. KIRCHER, General Counsel D.C. Bar No. 386816 *and/or* WILLIAM PITTARD,
Deputy General Counsel D.C. Bar No. 482949 and/or CHRISTINE DAVENPORT, Sr. Assistant
Counsel *and/or* TODD B. TATELMAN, Assistant Counsel *and/or* MARY BETH WALKER,
Assistant Counsel D.C. Bar No. 501033 and/or OFFICE OF GENERAL COUNSEL AT: U.S.
HOUSE OF REPRESENTATIVES 219 Cannon House Office Building Washington, D.C. 20515
(202) 225-9700 (telephone)(202) 226-1360 (facsimile)*Counsel for Plaintiff Committee on
Oversight and Government Reform, U.S. House of Representatives.*



Senator Carl Levin – Michigan
Patrick V. McNamara Federal Building
477 Michigan Avenue, Suite 1860
Detroit, MI 48226-2576




BY: _____
  Sharon Bridgewater and/or **THE UNITED STATES OF AMERICA** ex rel Sharon
Bridgewater (A.K.A. Sharon Abusalem, Sharon Davis) individually and/or on behalf of the
(B & B Building Maintenance INC., a dissolved Michigan and/or Georgia Corporation,
Specialty Investment Group  L.L.C.  A dissolved Georgia Company,  Specialty Global
Investments Inc., a dissolved Nevada Corporation ), Bridgewater & Company Inc. a California
Corporation, and/or James S. Bridgewater Qui Tam Relator and/or "Acting Private Attorney
General"
Counsel for Defendant
1524 Harvest Lane
Superior Township, MI  48198
(734)695-9198
e-mail- sbridge11@yahoo.com

1

2  Sharon Bridgewater
   1524 Harvest Lane
3  Superior Township, MI 48197
   Sbridge11@yahoo.com
4  1-734-695-9198

5

6

7  # THE UNITED STATES FEDERAL DISTRICT COURT FOR

8  # EASTERN MICHIGAN

9

10                                    CASE # 122-1929  SM
11  State of Michigan                  X-REF 12-50967
12                                )
13          Plaintiffs            )
14                                )
15                                )
16          Vs.                   )
17                                )
18                                )
19  Sharon Bridgewater and/or     )
    THE UNITED STATES OF AMERICA  )
20  ex rel Sharon Bridgewater (A.K.A. Sharon )
    Abusalem, Sharon Davis) individually and/or )
21  on behalf of the  (B & B Building Maintenance)
    INC., a dissolved Michigan and/or Georgia )
22  Corporation,  Specialty Investment Group )
23  L.L.C.  A dissolved Georgia Company,  )
    Specialty Global Investments Inc., a dissolved )
24  Nevada Corporation ), Bridgewater & )
    Company Inc. a California Corporation, Qui )
25  Tam Relator and/or "Private Attorney

26

27

28

- 16 -

General"

        Defendants,

TO: THE JUDGES FOR THE US FEDERAL DISTRICT COURT FOR THE EASTERN

   DISTRICT COURT OF MICHIGAN



## NOTICE OF REMOVAL

Defendant Sharon  Bridgewater and/or THE UNITED STATES OF AMERICA ex rel

Sharon Bridgewater (A.K.A. Sharon Abusalem, Sharon Davis and/or **THE UNITED STATES**

**OF AMERICA**  ex rel Sharon Bridgewater (A.K.A. Sharon Abusalem, Sharon Davis)

individually and/or on behalf of the (B & B Building Maintenance INC., a dissolved Michigan

and/or Georgia Corporation,  Specialty Investment Group  L.L.C.  A dissolved Georgia Company,

Specialty Global Investments Inc., a dissolved Nevada Corporation), Bridgewater & Company Inc.

a California Corporation, Qui Tam Relator and/or "Private Attorney General" pursuant to

28 U.S.C. §§ 1441 and/or 28 US section 28 USC and/or Sec. 1455 and/or 28 USC section and/or

28 USC section 1446 hereby file this Notice of Removal from the 14 A-2 District Court 415 W.

Michigan Ave.  Ypsilanti, MI  48197 to the United States District Court for the Eastern District

of Michigan.

Pursuant to federal law, defendants desiring to remove any criminal prosecution from a

State court shall file in the district court of the United States for the district and division within

which such prosecution is pending a notice of removal signed pursuant to Rule 11 of the Federal

Rules of  Civil Procedure and containing a short and plain statement of the grounds for removal,

together with a copy of all process, pleadings, and orders served upon such defendant or

defendants in   such action. (b) Requirements. - (1) A notice of removal of a criminal prosecution



shall be filed not later than 30 days after the arraignment in the State court, or at any time before

trial, whichever is earlier, except that for good cause shown the Unites States district court may

enter an order granting the defendants leave to file the notice at a later time. (2) A notice of

removal of a criminal prosecution shall include all grounds for such removal. A failure to state

grounds that exist at the time of the filing of the notice shall constitute a waiver of such grounds,

and a second notice may be filed only on grounds not existing at the time of the original notice.

For good cause shown, the United States district court may grant relief from the limitations of

this paragraph.

The grounds for removal are as follows;


## PRELIMINARY STATEMENT


Defendant Sharon Bridgewater is a victim of crime, and violence, from mental anguish, etc.

and is and/or **THE UNITED STATES OF AMERICA** ex rel Sharon Bridgewater (A.K.A.

Sharon Abusalem, Sharon Davis) individually and/or on behalf of the (B & B Building

Maintenance INC., a dissolved Michigan and/or Georgia Corporation, Specialty Investment

Group L.L.C. A dissolved Georgia Company, Specialty Global Investments Inc., a dissolved

Nevada Corporation ), Bridgewater & Company Inc. a California Corporation, Qui Tam Relator

and/or "Private Attorney General" Pro Se, brings this action on the behalf of herself and/or the

United States of America. and respectfully comes before this Honorable Court in the instant

- 19 -



cause as a Pro Se litigant, Plaintiff relied on Hall v. Bellmon, 935 F.2d 1106, 1110 (10th Cir.

1991), where the  Court stated that; "A Pro Se litigant's pleading are to be construed liberally and

to a less stringent standard than formal pleadings drafted by lawyers…If a Court can reasonably

read the pleadings to state a valid claim on which Plaintiff could prevail, it should do so despite

the Plaintiff's failure to site proper legal authority, his confusion of various legal theories, his

poor syntax and sentence construction or his unfamiliarity with pleading requirements" (Citation

Omitted)." See also Riley v. Greene, 149 F. Supp. 2d 1256 (D. Colo. 2001)

## THE PARTIES

Plaintiff


The State of Michigan and/or on behalf of Washtenaw County Sherriff and/or Police

Department is a corporation headquartered in Ann Arbor, MI; and operating under the

directions of Eric Holder Jr. citizenship Michigan.  And/or THE UNITED STATES OF

AMERICA DEPARTMENT OF JUSTICE (Eric Holder Jr. - the Director and chief law

enforcement Officer of the United States and/or is a corporation with its headquarters in

Washington, DC) he is the chief law enforcement Officer of the United States and the head of

the entire law enforcement agencies of the United States, and Washtenaw County Sheriff

Department with citizenship in Washington DC.



1

2 **DEFENDANT**

3

4

5 Sharon Bridgewater and/or **THE UNITED STATES OF AMERICA**  ex rel Sharon

6 Bridgewater (A.K.A. Sharon Abusalem, Sharon Davis) individually and/or on behalf of the

7 (B & B Building Maintenance INC., a dissolved Michigan and/or Georgia Corporation,

8

9 Specialty Investment Group  L.L.C.  A  dissolved Georgia Company,  Specialty Global

10 Investments Inc., a dissolved Nevada Corporation ), Bridgewater & Company Inc. a California

11 Corporation, Qui Tam Relator and/or "Private Attorney General"  is an individual residing in

12 within this judicial district, and a citizen of the State of California.

13

14

15

16

17

18 **CASE BACKGROUND AND FOUNDATION FOR REMOVAL**

19

20 The removed case is a criminal action filed on Oct. 5, 2012 in the State of Michigan 14A2

21 Judicial District Court in and for Washtenaw County, Michigan,  by The United States

22 Department of Justice(Eric Holder Jr.) and/or Washtenaw County Sherriff Department (People of

23 the State of Michigan -  assigned Case No. 122-1929  and captioned State of Michigan  vs.

24 Sharon Bridgewater – Offense: resisting and obstructing an Officer.  In addition, two other

25

26

27

28

traffic citations was issued in conjunction with; 1) and captioned Superior Township vs. Sharon

Bridgewater – Offense: Failure to Yield to Emergency Vehicle[Traffic  Citation-non arrest able

offense] assigned Case No.12W281965 OI X-Ref: SH281965; 2) and captioned– Washtenaw

County Jail vs. Sharon Bridgewater with assigned Case No. ticket SH 284712  – Offense:

corrections  training fee [Citation-non arrest able offense – storage of personal items in the

Washtenaw County jail from 10-5-2012 to 10-6-2012]). This case is part of an on-going

conspiracy of Obama and/or Eric Holder, Montgomery, Carter, **Criminal and/or Civil Actions**

to another pending civil or criminal action in various court across the USA and is  likely to entail

substantial duplication of labor if heard by different Judges or might create  conflicts and

unnecessary expenses if conducted before different Judges and/or one or more of  the same

defendants and the same alleged events, occurrences, transactions or property to and is related to:

1. State of Georgia vs. Sharon Bridgewater – Judge Randy Rich(Criminal)
   11/20/2005(Gwinnett County Superior Court/Lawrenceville, GA) case # 06-d-03943-S2

2. Sharon Bridgewater vs. State of Georgia – Judge Melonie Snell(Habeas)
   04/10/2007(Gwinnett County Superior Court/Lawrenceville, GA)case # 07-A-03192-7

3. Sharon Bridgewater vs. State of Georgia – Judge Melonie Snell(Habeas)
   09/22/2011(Gwinnett County Superior Court/Lawrenceville, GA)case # 07-A-03192-7

4. Dekalb County vs. Sharon Bridgewater – No Judge(no criminal proceeding initiated)
   10/30/2007        -                              case #_____
   Dekalb County 10/30/2007 Case #23408410 Driving while license suspended or revoked

- 22 -



5. Sharon Bridgewater vs. State of Georgia – Judge Evans/Baverman(Habeas)
   09/22/2008(US Federal District Court Northern Georgia)case # 1:08-CV-02971-ODE

6. Sharon Bridgewater vs. State of Georgia – Judge Evans/Baverman(Habeas)
   08/04/2009(US Federal District Court Northern Georgia)case # 1:08-CV-02131-ODE

7. Sharon Bridgewater vs. Dekalb County – Judge Evans/Baverman
   04/12/2010(US Federal District Court Northern Georgia)case # 1:08-CV-02131-ODE

8. Sharon Bridgewater vs. Rich – Judge Evans/Baverman
   11/04/11(US Federal District Court Northern Georgia)case # 1:08-CV-03828-ODE

9. Sharon Bridgewater vs. Lawrenceville Police Department– Judge Evans/Baverman
   11/04/11(US Federal District Court Northern Georgia)case # 1:08-CV-04088-ODE

10. Sharon Bridgewater vs. Dekalb County Police Dept.– Carnes, Wilson and Black(Judges)
    06/16/11(US Court of Appeals for the Eleventh Circuit)case # 10-15276

11. Hayes Valley Limited Partnership vs. Sharon Bridgewater – Judge- Peter Busch(Civil)
    04/24/2006(San Francisco Superior Court, CA)                case # CUD-06-617995

12. State of California  vs. Sharon Bridgewater –                (Crininal)
    3/2008 (San Francisco Superior Court, CA)        case # 2361942
       Resisting/Obstructing/Police Officer


- 28 -

13. Sharon Bridgewater vs. Hayes Valley Limited Partnership – Judge –Peter Bush(civil)
    08/04/2008(San Francisco Superior Court, CA)            case # CGC-08-478207

14. Sharon Bridgewater vs. Shawn Bankson et al  – Judge –McBride(civil)
    04/04/2009(San Francisco Superior Court, CA)            case # CGC-09-846994

15. Sharon Bridgewater vs. Hayes Valley Limited Partnership-Judge-Marilyn Patel(civil)
    12/17/2008(Federal District Court of Northern CA)            case # 1:08-CV-5622

16.  Sharon Bridgewater(Specialty Investment Group LLC)vs. Hayes Valley Limited Par.
    12/ 1/2011(Federal District Court of Northern CA) case # 12:11- Cv 5436SBA

17.  Sharon Bridgewater(Specialty Investment Group LLC)vs. Hayes Valley Limited Par.
    08/13/2009      (Federal District Court of Northern CA) case # 4:09- Cv-0351(Hamilton)

18.  Sharon Bridgewater(Specialty Investment Group LLC)vs. Shawn Bankson et al
    08/07/09(Federal District Court of Northern CA) case # 4:09- Cv-3639(sba)

19.  Sharon Bridgewater(Specialty Investment Group LLC)vs. Hayes Valley Limited Part.
    12/01/09(Federal District Court of Northern CA) case # 4:09- Cv-5663(sba)

- 24 -

20. Sharon Bridgewater(Specialty Investment Group LLC)vs. Hayes Valley Limited Part.
02/18/2010(Federal District Court of Northern CA) case # 4:10- Cv-0704(sba)

21. Sharon Bridgewater(Specialty Investment Group LLC)vs. Hayes Valley Limited Part.
07/09/2010(Federal District Court of Northern CA) case # 4:10- CV-3022(cw)

22. Sharon Bridgewater(Specialty Investment Group LLC)vs. Hayes Valley Limited Part.
04/10/2010(Federal District Court of Northern CA) case # 4:10- CV-0703(SBA)

23. Sharon Bridgewater vs. Roger Tonna and Mary Tonna
11/03/2010(Federal District Court of Northern CA) case # 3:10- CV-04966

24. Sharon Bridgewater vs. Dekalb County
10/31/11(Federal District Court of Northern CA) case # 3:10- MC-80265(WHA)

25. Sharon Bridgewater vs. Roger and Mary Tonna
10/31/11(Federal District Court of Northern CA) case # 3:10- MC-80266(WHA)

26. Sharon Bridgewater vs. Roger and Mary Tonna
11/08/11/11(Federal District Court of Northern CA) case # 3:11- cv-05407(MMC)

27. Sharon Bridgewater vs. Dekalb County
11/04/11(Federal District Court of Northern CA) case # 3:11-cv-05352(EMC)



28.  Sharon Bridgewater vs. Social Security
      06/10/2011(Federal District Court of Northern CA) case # 3:11-CV-02828

29. Bridgewater vs. Obama                          case # 2:12-CV-13942
      09/06/12(US Federal District Court for Eastern Michigan-Judge Roberts)

30.  State of Michigan vs. Sharon Bridgewater          case # 122-1929
      10/05/2012 (Washtenaw County 14A2 Judicial Disrict Court)
      (resisting, obstructing officer)

31.  State of Michigan vs. Sharon Bridgewater          case # 12W281965
      10/05/2012 (Washtenaw County 14A2 Judicial Disrict Court)
          (failure to yield traffic citiation & Washtenaw training fee for items stored in jail)

32. Bridgewater(The USA ex rel)   vs. Obama and/or Holder  case # 2:12-CV-13942
      09/06/12(US Federal District Court for Eastern Michigan-Roberts)

33.  Bridgewater(The USA ex rel)   vs. Obama and/or Holder  case # 2:12-CV-14469
      10/09/12(US Federal District Court for Eastern Michigan-Omera)

34.  Bridgewater(The USA ex rel)   vs. Obama and/or Holder  case # 2:12-CV-14709
      10/24/12(US Federal District Court for Eastern Michigan-Friedman)

- 26 -

35.  Bridgewater(The USA ex rel)  vs. Obama and/or Holder    case # 2:12-CV-14916
      11/02/12(US Federal District Court for Eastern Michigan-Borman)

36. Bridgewater(The USA ex rel)  vs. Obama and/or Holder    case # 2:12-CV-15423
      12/10/12(US Federal District Court for Eastern Michigan-Borman)

37. Bridgewater(The USA ex rel)  vs. Obama and/or Holder    case # 2:13-CV-12091
      05/10/13(US Federal District Court for Eastern Michigan-Hood)

      And other unknown cases not mentioned

**PAPERS FROM REMOVED ACTION**

As required by 28 U.S.C. § 1446(a) copies of all process, pleading, orders, and other papers or

exhibits filed in the State Court are attached as Exhibit A.

**THE REMOVAL IS TIMELY**

Plaintiff commenced this action on Oct 5, 2012.  On or about Oct 5, 2012 and continuing thru

the filing of this notice of removal the Defendant Sharon Bridgewater, and indigent person with

tremendous emotional distress and mental anguish, torment, torture etc.  (due to the violence,

- 27 - 

oppression, thefts, etc. committed by the             Plaintiffs and against the Defendants) requested

counsel for defense in this case and by the State of Michigan and/or as provided by the Sixth

Amendment of the US Constitution.  Further the Defendant   **DEMANDED A JURY TRIAL.**

The State provided Ron Brown for Defense counsel.   This case has been pending nine months.  I

HAVE NOT REQUESTED THE APPOINTMENT OF ANOTHER ATTORNEY BECAUSE I

WAS "TOLD THIS CASE WOULD BE DISMISSED BY SEVERAL PARTIES." Since that

time Ron Brown has not provided  **"NO-NONE-ZERO COUNSELING"** in regards to any

defenses.  Because I have I been denied effective counsel, I then filed my own motions on my

own behalf and in my own defense namely motions to dismiss complaint and/or continue trial

date. On or about April 18, 2013 at a pre-trial hearing,   Ron Brown the Defense Attorney

apparently was not available   to appear on or about April 18, 2013 on my behalf.  At that time

Robin Steven substituted for Ron Brown(she was not my defense Attorney).   Robin Stevens,

used, threat, and coercion and forced me to withdraw my motions to dismiss.  I then withdrew my

motion to dismiss the complaint.   The Judge then set new pre-trial dates.   On or about June 20,

2013, the Plaintiffs attempted to force me to plea to guilty to crimes I did not commit.    At that

time I again asserted to the Plaintiff that I was not going to plea guilty to crimes I did not commit

and again DEMANDED  A JURY TRIAL.   On or about June 20, 2013,  Ron Brown still did not

or has not provided  **"NO-NONE-ZERO COUNSELING"** in regards to any defenses to me

and/or trial was set for Aug. 3, 2013.  Upon information and believe I have not receive a formal

notice of the complaint, despite this. On or about June 20, 2013, I then fired Ron Brown as

Defense Attorney and he still has not provided  **"NO-NONE-ZERO COUNSELING"**,   Thus

for reasons as mentioned above and/or upon good cause shown this Removal is timely filed

within 30 day on July 22, 2013.(excluding Saturdays and Sundays).  In addition, the Plaintiffs and

the Defendants are citizens of different States and this action is remove within **one year of the**

**commencement of the action (citizens of completely different states-diversity**

**jurisdiction)**and/or before trial the date this Notice of Removal is timely and filed within 30

days and/or within one year  of the complaint.  In addition, for good cause shown this Unites

States district must grant relief from the any limitations.


## THE VENUE REQUIREMENT IS MET


Venue of this removal is proper under 28 U.S.C. §1441(a) and/or in the Eastern District of

Michigan and/or District Court for the Washington DC;


## GROUNDS FOR REMOVAL


## GROUND #1

1)      **This is a Federal Question Jurisdiction pursuant to 28 U.S.C. 1331.**  The Defendant

denies the Plaintiff claims and allege she was attacked, brutally beaten and attacked by Obama

and/or Holder acted in joint participation with Carter and Montgomergy and in her own private

drive way that her US Constitutional Civil Rights were brutally violated and without probable



cause.(prior to US Presidential Election).   The Plaintiff's are Public Official and/or "Law

Enforcement Officers" and/or Federal and/or State Actors who acted under color of any law,

statute, ordinance, regulation or custom, of the State  of Michigan and/or the district of

Columbia Washington, DC and violated and/or deprived the Defendant's 4th via the 5th rights as

secured by the United States Constitution and prevent the Defendant from exercising and/or

enjoying equal privileges and/or immunities and/or equal protection under the laws and as

defined  in 18 USC 241/242 and/or 42 USC section 1985/1983.  Defendant's claims the

Plaintiffs conduct was outrageous, flagrant and extremely gross misconduct, and constituted

criminal acts such as kidnap, excessive force, assault and battery etc. and without probable

cause.   Pursuant to federal law  18 USC 241/242 and/or 42 USC section 1985/1983 and/or 4th

via 5th US Constitutional amendments  "civil rights statues" states whoever, under color of any

law, statute, ordinance, regulation, or custom, willfully subjects any person in any State,

Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges,

or immunities secured or protected by the Constitution or laws of the United States, or to

different punishments, pains, or penalties, on account of such person being an alien, or by

reason of his color, or race, than are prescribed for the punishment  of citizens, and if bodily

injury results from the acts committed in violation  of this section or if such  acts include the

use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined

under this title or imprisoned not more than ten years,  or both; and if death results from  the

acts committed in violation of this section or if such acts include kidnapping or an  attempt to

kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an



attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death. Further if two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured— They shall be fined under this title or imprisoned not more than ten years, or both; and if from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life. This action creates liability and for criminal charges against Holder et al and this is brought in the appropriate United States district court of competent jurisdiction, within one year from the date on which the violation occurs and/or within 30 days and/or at any time before trial.

## GROUND #2

**The Plaintiff are Federal officers or agencies sued or prosecuted by the United States of America and/or that as Defined in 28 U.S.C. § 1442.**

Pursuant to federal law and 28 USC sections 1442 a state court action may be removed to the district court of the United States for the district and division embracing the place wherein it is



pending.  The United States ex rel Sharon Bridgewater have cases pending in this court as well as several other courts.  Eric Holder et al are all Federal and/or State Actor in joint participation with each other and are United States or any agency thereof or any officer or person acting under the color of law and/or the United States or of any agency thereof, in his/their official or individual capacities.  Thus for the above reason the Defendant have authority to remove this case to this court.

.

## GROUND #3

### 28 USC sections 1332 the Plaintiffs and the Defendants are citizens of different State (diversity jurisdiction) and the amount in controversy exceeds $75,000.

The criminal and/or civil action pending and/or the Plaintiffs and Defendants are from Different States. (Complete diversity).  The Defendant has been damaged by the Plaintiffs action and her damages exceed $75,000.   Thus the Defendant may move a case from State court to federal Court for the above reason.

Thus, the state Court action may be removed to this Court by Defendant in accordance with the above provisions and/or 28 U.S.C. §§ 1441 and/or 1446 and/or the statues mentioned above.

- 32 -

## FILING OF REMOVAL PAPERS

Pursuant to 28 U.S.C. § 1446(d), written notice of the removal of this action will be served to

Plaintiffs' within 30 days of the filing of this action.  Notice of Removal will be filed and/or were

filed with the Clerk of the  State of Michigan 14A2  Judicial District Court in and for Washtenaw

County, Michigan. A true and correct copy of this Notice is attached hereto as Exhibit 2.

WHEREFORE, ~~Plaintiff~~ *Defendant* hereby removes the above captioned action from the State of

Michigan 14A2 Judicial District Court in and for Washtenaw County, Michigan, and requests

that further proceedings be conducted in this Court as provided by law.

*Preservation of Defenses*

*By filing this notice of removal, Defendant do not waive any defenses which may be available.*

Dated: July 22, 2013

Respectfully Submitted,

_____

Sharon Bridgewater and/or **THE UNITED STATES OF AMERICA** ex rel Sharon
Bridgewater (A.K.A. Sharon Abusalem, Sharon Davis) individually and/or on behalf of the
(B & B Building Maintenance INC., a dissolved Michigan and/or Georgia Corporation,
Specialty Investment Group  L.L.C.  A dissolved Georgia Company,  Specialty Global
Investments Inc., a dissolved Nevada Corporation ), Bridgewater & Company Inc. a California
Corporation, and/or James S. Bridgewater Qui Tam Relator and/or "Acting Private Attorney
General"

Counsel for Defendant
1524 Harvest Lane
Superior Township, MI  48198
(734)695-9198
E-mail- sbridge11@yahoo.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2013, I filed the foregoing Notice of Removal with the

Clerk of the Court and served the same on Plaintiffs by US Mail delivery addressed to as follows:

Eric Holder Jr. (Department of Justice-Office of the Attorney General)
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001 Plaintiffs

**James Brien Comey, (A PERSON WHO IS FIT TO BE THE UNITED STATES
ATTORNEY GENERAL AND FUTURE US ATTORNEY GENERAL OF THE UNITED
STATES – UPON INFORMATION AND BELIEF WILL TAKE HOLDERS JOB- YES!
GO COMEY!
FBI DIRECTOR
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001**

Brian L. Mackie
200 N. Main Street
Suite 300
Ann Arbor, MI 48104 Plaintiffs

Stepfani A. Carter
4007 Carpenter Rd # 124
Ypsilanti, MI 48197
Attorney for case number Plaintiffs

Clerk of the Court for State of Michigan in
The District Court for the 14A
Judicial District
415 W. Michigan Ave.
Ypsilanti, MI 48198

-34-

1  <u>KERRY W. KIRCHER, General Counsel D.C. Bar No. 386816</u> *and/or* WILLIAM PITTARD,
2  Deputy General Counsel D.C. Bar No. 482949 and/or CHRISTINE DAVENPORT, Sr. Assistant
   Counsel *and/or* TODD B. TATELMAN, Assistant Counsel *and/or* MARY BETH WALKER,
3  Assistant Counsel D.C. Bar No. 501033 and/or OFFICE OF GENERAL COUNSEL AT: U.S.
   HOUSE OF REPRESENTATIVES 219 Cannon House Office Building Washington, D.C. 20515
4  (202) 225-9700 (telephone)(202) 226-1360 (facsimile)*Counsel for Plaintiff Committee on*
5  *Oversight and Government Reform, U.S. House of Representatives.*

6

7  Senator Carl Levin – Michigan
8  Patrick V. McNamara Federal Building
   477 Michigan Avenue, Suite 1860
9  Detroit, MI 48226-2576

10

11

12

13

14  BY: _____
     Sharon Bridgewater and/or **THE UNITED STATES OF AMERICA** ex rel Sharon
15  Bridgewater (A.K.A. Sharon Abusalem, Sharon Davis) individually and/or on behalf of the
16  (B & B Building Maintenance INC., a dissolved Michigan and/or Georgia Corporation,
    Specialty Investment Group  L.L.C.  A dissolved Georgia Company,  Specialty Global
17  Investments Inc., a dissolved Nevada Corporation ), Bridgewater & Company Inc. a California
    Corporation, and/or James S. Bridgewater Qui Tam Relator and/or "Acting Private Attorney
18  General"
19  Counsel for Defendant
    1524 Harvest Lane
20  Superior Township, MI  48198
    (734)695-9198
21  e-mail- sbridge11@yahoo.com

22

23

24

25

26

27

28

- 38 -

AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

THE PEOPLE And the

| | | |
|---|---|---|
| STATE OF MICHIGAN(THE USA) SA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| SHARON BRIDGEWATER | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

THE UNITED STATES OF AMERICA AND/OR SHARON BRIDGEWATER .

Date:   07/22/2013

*Attorney's signature*

SHARON BRIDGEWATER
*Printed name and bar number*

1524 HARVEST LANE
SUPERIOR TOWNSHIP, MI 48918

*Address*

SBRIDGE11@YAHOO.COM
*E-mail address*

(734) 695-9198
*Telephone number*

*FAX number*